*In re Estate of Black. Carlton, et al., Respondents, v. Black, as Beneficiary and Personal Representative, Petitioner,* No. 73969-2. Petition for review of a decision of the Court of Appeals, No. 20897-4-III, April 15, 2003, 116 Wn. App. 492. *Granted* December 2, 2003.

*Bank of Am. NT & SA, Petitioner, v. David W. Hubert, P.C., et al., Respondents,* No. 73970-6. Petition for review of a decision of the Court of Appeals, No. 19995-9-III, February 4, 2003, 115 Wn. App. 368. *Granted* December 2, 2003.

*Hodge, Petitioner, v. Raab, et al., Respondents,* No. 74020-8. Petition for review of a decision of the Court of Appeals, No. 49521-6-I, March 31, 2003, 116 Wn. App. 303. *Granted* December 2, 2003.

*State, Respondent, v. Throneberry, Petitioner. In re Pers. Restraint of Throneberry, Petitioner,* No. 74119-1. Petition for review of a decision of the Court of Appeals, Nos. 28167-8-II, 28977-6-II, May 20, 2003, 116 Wn. App. 1078. *Granted on a limited issue* December 2, 2003. Case dismissed by order of the Supreme Court May 19, 2004.

*State, Respondent, v. Ben, Petitioner,* No. 73101-2. Petition for review of a decision of the Court of Appeals, No. 47272-1-I, August 12, 2002, 114 Wn. App. 148. *Denied* December 2, 2003.

*State, Respondent, v. Cochran, Petitioner,* No. 73900-5. Petition for review of a decision of the Court of Appeals, No. 20695-5-III, February 27, 2003, 115 Wn. App. 1051. *Denied* December 2, 2003.

*State, Respondent, v. Sanchez, Petitioner,* No. 73903-0. Petition for review of a decision of the Court of Appeals, No. 27100-1-II, March 25, 2003, 116 Wn. App. 1021. *Denied* December 2, 2003.